[No. 45939-6-II. Division Two. August 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LEMAR WALLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-00942-2, John R. Hickman, J., entered January 24, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, C.J., concurred in by Maxa and Sutton, JJ.

[No. 46341-5-II. Division Two. August 9, 2016.]

LOUIS P. TRUTMAN, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-15050-1, Vicki L. Hogan, J., entered May 9, 2014. *Reversed* and *remanded* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Maxa, JJ.

[No. 47061-6-II. Division Two. August 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS A. HARKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-00532-9, John F. Nichols, J., entered October 18, 2004. *Reversed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Johanson and Melnick, JJ.

[No. 47226-1-II. Division Two. August 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SAECHANG MA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-01726-1, John R. Hickman, J., entered January 23, 2015. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Worswick, J.; Bjorgen, C.J., concurring separately.